FILED
RECEIVED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

10 DEC 30 AM 10: 18

CASE NO.: _____

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, | ) ) ) 8:10-CV-2934-T-33TGW |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Glenn Shipe, a/k/a "beachboy88"; and Daniel Hall, | ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

Comes now Mitchell Repair Information Company, LLC ("MRIC") and for its Complaint against the defendants, Glenn Shipe a/k/a beachboy88 ("Shipe") and Daniel Hall ("Hall"), hereby states and alleges as follows:

1. This is an action for copyright infringement brought under the Federal Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*. This is also an action for violation of Florida's Deceptive and Unfair Trade Practices Act, § 501.201 *et seq.*, Florida Statutes ("FDUTPA"). This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b) and 28 U.S.C. § 1367. Venue in this Court is appropriate under 28 U.S.C. §§ 1391(b) and 1400(a).

2. Plaintiff MRIC is, and at all times relevant to the instant dispute was, a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 14145 Danielson Street, Poway, California 92064.

1

3. Upon information and belief, Defendant Shipe is, and at all times relevant to the instant dispute was, a citizen of the State of Florida residing in Lutz, Florida.

4. Upon information and belief, Defendant Hall is, and at all times relevant to the instant dispute was, a citizen of the State of Florida residing in Lutz, Florida.

5. MRIC is – and for nearly eighty years has been – one of the leading providers of informational products to the automotive industry. MRIC currently publishes more than 30 information and service products, primarily in electronic formats, which it then markets to independent automotive repair shops, service stations, automobile dealerships, educational institutions, and libraries worldwide. MRIC's informational products cover a range of industry-specific topics, including estimating the costs of automotive repairs, conducting automotive repairs, and managing automotive repair facilities.

6. Prior to February 7, 2000, MRIC created an original computer software program designed to assist automotive technicians in conducting diagnostic and repair work, which it called "Mitchell On-Demand: Computerized Repair Information System" ("Mitchell On-Demand"). MRIC markets "Mitchell On-Demand", and related products, in both compact disc (CD) and digital video disc (DVD) formats to end users through independent regional sales representatives. Updated versions of "Mitchell On-Demand" are created on a quarterly basis. The suggested retail price for a single user subscription to the most current version of "Mitchell On-Demand" is $5,719.00 per year. The price to renew a single user subscription to "Mitchell On-Demand" is $2,209 per year. Typically, a single user will renew a subscription to "Mitchell On-Demand" twice.

7. Since it first began to market "Mitchell On-Demand," MRIC has required purchasers to execute a Software License Agreement prior to installation of the software. Under the terms of the Agreement, purchasers are granted a *non-transferable* license in the copies of the

2

software sold to them. A true and correct copy of the Software License Agreement form currently used by MRIC in connection with its sales of "Mitchell On-Demand" is attached hereto as **Exhibit "A,"** and is incorporated herein by reference. In addition to signing a Software License Agreement prior to installation, purchasers of "Mitchell On-Demand" are required to assent to the terms of the License Agreement through an on-screen dialogue box prior to using the software. A true and correct printout copy of the on-screen License Agreement and attendant dialogue box is attached hereto as **Exhibit "B,"** and is incorporated herein by reference.

8. "Mitchell On-Demand" is a "computer program" within the meaning of 17 U.S.C. § 101, and constitutes copyrightable subject matter under 17 U.S.C. § 102.

9. MRIC has secured the exclusive rights and privileges in, and to the copyright for, "Mitchell On-Demand."

10. MRIC has received a Certificate of Copyright Registration Number TX-5-104-618 (effective date February 7, 2000) from Register of Copyrights in the United States Copyright Office for the 1999 version of the software. A true and correct copy of MRIC's Certificate of Copyright Registration for the 1999 version of "Mitchell On-Demand" is attached hereto as **Exhibit "C,"** and is incorporated herein by reference.

11. At all times since its creation of "Mitchell On-Demand," MRIC has complied with all federal laws governing copyrights, including the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, and it is currently the owner of all rights, title, and interests in and to the copyright for "Mitchell On-Demand."

## COUNT I:
## FEDERAL COPYRIGHT INFRINGEMENT

12. MRIC realleges and incorporates herein paragraphs 1 through 11 above.

MILW_10696022.2

13. Upon information and belief, approximately 2 years ago Defendants Shipe and Hall gained access, through unauthorized means, to versions of "Mitchell On-Demand."

14. Shipe and Hall's unauthorized acquisition of "Mitchell On-Demand," and their subsequent use thereof, constitute direct violations of the exclusive reproduction and distribution rights conferred on MRIC by 17 U.S.C. § 106, and thus constitute infringement of MRIC's copyrights in "Mitchell On-Demand" under 17 U.S.C. § 501(a).

15. Upon information and belief, Shipe and Hall knowingly and willfully disregarded and infringed upon MRIC's copyrights in "Mitchell On-Demand."

16. Upon information and belief, Shipe and Hall have earned profits from their unauthorized use of "Mitchell On-Demand" in an amount that remains to be determined. MRIC is entitled to such profits under 17 U.S.C. § 504(b).

17. Shipe and Hall's illicit activities have inflicted actual damages on MRIC in amounts that remain to be determined. MRIC is entitled to recover its actual damages under 17 U.S.C. § 504(b).

18. Alternatively, MRIC is entitled to recover statutory damages in an amount not less than $750 and not more than $150,000, pursuant to 17 U.S.C. § 504(c), for each instance of Shipe and Hall's willful infringement of MRIC's copyrights.

19. Additionally, MRIC is entitled, under 17 U.S.C. § 505, to recover the costs (including reasonable attorney's fees) that it has incurred as a result of Shipe and Hall's willfully infringing activities.

## COUNT II:
## VIOLATION OF FDUTPA

20. MRIC realleges and incorporates herein paragraphs 1 through 19 above.

4

21. Shipe and Hall violated Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 *et. seq.* by engaging in deceptive and unfair acts or practices in the conduct of operating his business by using MRIC's software without paying the license fee.

22. MRIC, Shipe, and Hall are consumers under Fla. Stat. § 501.203(7).

23. MRIC has been damaged by Shipe and Hall's unauthorized acquisition and use of its software.

## PRAYER FOR RELIEF

**WHEREFORE**, MRIC requests judgment against Shipe and Hall and asks that the Court:

1. Award to it the profits that Shipe and Hall have earned through their infringing activities;

2. Award to it the actual damages that it has suffered as a result of Shipe and Hall's infringement;

3. In the alternative to profits and actual damages, award to it federal statutory damages up to $150,000 for Shipe and Hall's willful infringement;

4. Award to it its costs (including reasonable attorneys' fees) pursuant to federal law and Fla. Stat. § 501.2105;

5. Exercise its authority under 17 U.S.C. § 503(a) and order the impounding, during the pendency of this action, of all unauthorized copies of "Mitchell On-Demand" heretofore made by Shipe and Hall;

6. Enter an Order permanently enjoining Shipe and Hall from copying and/or selling the "Mitchell On-Demand" software for which the plaintiff holds the exclusive copyrights;

7. Order, upon conclusion of this matter, pursuant to its authority under 17 U.S.C. § 503(b), the destruction of all unauthorized copies of "Mitchell On-Demand" heretofore made

and/or used by Shipe and Hall, as well as all articles by means of which such copies have been or may be produced; and

8. Award it such other and further relief as the Court deems just and appropriate.

Dated: December 29, 2010

By: _____
Christina Kennedy (FL Bar No. 58242)
Foley and Lardner LLP
2 South Biscayne Blvd. Suite 1900
Miami, FL 33131
305.482.8416
305.482.8600 Facsimile

OF COUNSEL:
Trent M. Johnson (WI Bar No. 1056289)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900 Facsimile

6

MILW_10696022.2