AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

10 DEC 30 AM 10: 30

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Mitchell Repair Information Company, LLC )
))
*Plaintiff* )
v. ) Civil Action No.
Glenn Shipe, a/k/a "beachboy88"; and Daniel Hall )
) 8:10-CV-2934-T-33TGW
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Glenn Shipe
1319 E. 149th Ave. Apt 203
Lutz, FL 33549-3543


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christina M. Kennedy, Esq.
Foley & Lardner LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
CLERK OF COURT

Date: DEC 3 0 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

10 DEC 30 AM 10: 30

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Mitchell Repair Information Company, LLC )
)
_____ )
*Plaintiff* )
v. ) Civil Action No.
Glenn Shipe, a/k/a "beachboy88"; and Daniel Hall )
) 8:10-CV-2934-T-33TGW
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Hall
1319 E. 149th Ave. Apt 203
Lutz, FL 33549-3543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christina M. Kennedy, Esq.
Foley & Lardner LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
*CLERK OF COURT*

Date: DEC 3 0 2010

_____
*Signature of Clerk or Deputy Clerk*