UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MITCHELL REPAIR INFORMATION
COMPANY, LLC,

    Plaintiff,

vs.

Case No.: 8:10-cv-2934-T-33TGW

GLENN SHIPE, a/k/a "beachboy88"; and
DANIEL HALL,

    Defendants.
_____/

## CONSENT JUDGMENT

This matter comes before the Court pursuant to the Plaintiff's Agreed Motion for Entry of Consent Judgment. The Motion advises that the parties have reached a settlement and requests that this Court enter a Consent Judgment. The Court GRANTS this request and enters the following stipulated judgment:

Whereas Plaintiff MITCHELL REPAIR INFORMATION COMPANY filed suit in this Court against Defendants GLENN SHIPE, DANIEL HALL alleging copyright infringement.

Whereas jurisdiction and venue are proper in this Court; and

Whereas, the parties have settled their dispute and agree that this Court should enter judgment.

Accordingly, it is

ORDERED, ADJUDGED AND DECREED that a PERMANENT INJUNCTION is entered as to Defendants forbidding them, and all persons acting at their direction or under their control, from making, selling, offering for sale, or otherwise infringing,

contributing to the infringement of, and/or inducing the infringement of copyrights on any of MRIC's copyrighted software, including, but not limited to, the "Mitchell On-Demand Computerized Repair Information System";

3. Defendants will immediately provide MRIC with a sworn statement setting forth information regarding their past acts of infringement, including how copies of MRIC's software were obtained, how they were reproduced, and a full accounting of all sales of MRIC software, including to whom copies were sold, when, how, and at what price, to the full extent Defendants possess or can obtain such information, after diligent investigation. Defendants will also disclose all information that comes to their attention regarding any attempt by a third party to make, sell, or offer for sale said copyrighted software;

4. Defendants will return to MRIC all unauthorized copies of Mitchell's copyrighted software that are in Defendants' possession, custody or control, if any.

It is further, **ORDERED AND ADJUDGED**:

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Permanent Injunction and Final Order by way of contempt or otherwise.

That the parties waive appeal of this Permanent Injunction and Final Order.

That this Permanent Injunction and Final Order shall operate as a final judgment as to Defendants.

That this action, pursuant to agreement of the parties, is dismissed. The Court reserves jurisdiction to enforce this settlement and to enforce the terms of the Permanent Injunction.

Dated this 1st day of ~~April,~~ ~~May~~ June, 2011.

_____
The Honorable Virginia M. Hernandez Covington

Copies:

Edmund J. Gegan, Esquire
Christine M. Kennedy, Esquire
Trent Johnson, Esquire